# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0474.  TRACI EVELYN WEST v. BENJAMIN DANIEL WEST.**

Traci Evelyn West seeks discretionary review of the trial court's award of OCGA § 9-15-14 attorney fees to Benjamin Daniel West following the parties' divorce action.  The Georgia Supreme Court has jurisdiction over all divorce and alimony cases.  Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6).  Because the order that West seeks to appeal is ancillary to the divorce action, the Supreme Court has jurisdiction over this application.  See *Evers v. Evers*, 277 Ga. 132 (587 SE2d 22) (2003).  This application is therefore TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta, 08/10/2012
     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
     Witness my signature and the seal of said court hereto affixed the day and year last above written.

, *Clerk.*